IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA          )
                                  )
VS.                               )          CASE NO.:   3:05-CR-032-M (01)
                                  )
ESMERALDA VIDAL                   )

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
CONCERNING PLEA OF GUILTY

After reviewing all relevant matters of record, including the Notice Regarding Entry of a

Plea of Guilty, the Consent of the defendant, and the Report and Recommendation Concerning

Plea of Guilty of the United States Magistrate Judge, and no objections thereto having been filed

within ten days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned District

Judge is of the opinion that the Report and Recommendation of the Magistrate Judge concerning

the Plea of Guilty is correct, and it is hereby accepted by the Court. The Court defers acceptance

of the plea agreement until Sentencing. Accordingly, the Court accepts the plea of guilty, and

Defendant is hereby adjudged guilty. Sentence will be imposed in accordance with the Court's

scheduling order.

SIGNED this_____9_____day of_____August_____, 2005.

_____
UNITED STATES DISTRICT JUDGE